UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOLIE DESIGN & DÉCOR, INC. AND ANNIE SLOAN INTERIORS, LTD.** | * * * * | Civil Action No.: 16-2929 |
| | * | Judge: Kurt D. Engelhardt |
| Plaintiffs, | * * | Magistrate Judge: Michael North |
| **VERSUS** | * * | |
| **WEBSTERS CHALK PAINT POWDER, LLC, LORRAINE C. BECKMAN, TOY NICOLE GOODWIN AND HEATHER DOHN MILLER** | * * * * * * | |
| Defendants | * | |

## ORDER

Considering the foregoing *Ex Parte* Motion for Extension of Time filed by Websters Chalk Paint Powder, LLC, Lorraine C. Beckman, and Heather Dohn Miller;

**IT IS HEREBY ORDERED** that Defendants are GRANTED a 21-day extension of time to file a response to the Complaint in the above entitled and numbered cause until May 31, 2016.

New Orleans, Louisiana this __12th__ day of _____May_____, 2016.

_____
UNITED STATES DISTRICT JUDGE