UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOLIE DESIGN & DECOR, INC. and | * | |
| ANNIE SLOAN INTERIORS, LTD. | * | Civil Action No. 16-cv-02929 |
|    *Plaintiffs* | * | |
| | * | Judge Kurt D. Engelhardt |
| v. | * | Section "N" |
| | * | |
| WEBSTERS CHALK PAINT POWDER, LLC; | * | Magistrate Judge Michael B. North |
| LORRAINE C. BECKMAN; TOY NICOLE | * | Magistrate Division "5" |
| GOODWIN; and HEATHER DOHN MILLER | * | |
|    *Defendants* | * | |
| | * | |

## CONSENT JUDGMENT

Having considered the foregoing Joint Motion for Entry of Consent Judgment (Rec. Doc. 35) filed by Jolie Design & Décor, Inc. and Annie Sloan Interiors, Ltd. ("Plaintiffs") and Websters Chalk Paint Powder, LLC; Lorraine C. Beckman; Toy Nicole Goodwin; and Heather Dohn Miller ("Defendants"):

**IT IS ORDERED, ADJUDGED, and DECREED** that:

1.  Plaintiff Jolie Design & Décor, Inc. ("Jolie Design") is a Louisiana corporation with its principal place of business located at 639 Julia Street, New Orleans, Louisiana, 70130. Plaintiff Annie Sloan Interiors, Ltd. ("Annie Sloan Interiors") is a foreign company organized and existing under the laws of the United Kingdom with its principal place of business located at 33 Cowley Road, Oxford OX4 1HP, United Kingdom. Defendant Websters Chalk Paint Powder, LLC ("WCPP") is a Georgia limited liability company with its principal place of business located at 2025 Highway 154, Newnan, Georgia, 30277. Defendant Lorraine C. Beckman ("Beckman"), an individual, is a resident of the state of Georgia and a member of WCPP. Defendant Toy Nicole Goodwin ("Goodwin"), an individual, is a resident of the state of Georgia

and a former member of WCPP.  Defendant Heather Dohn Miller ("Miller"), an individual, is a resident of the state of Georgia and a member of WCPP.  This Court has jurisdiction over the parties and jurisdiction over the subject matter of this lawsuit.

2. On October 30, 2012, the United States Patent and Trademark Office issued trademark Registration No. 4,232,734 to Annie Sloan Interiors for the mark CHALK PAINT, in standard characters, for "Paints for arts and crafts; Paints for decorative purposes" ("the '734 Registration").

3. On April 23, 2013, the United States Patent and Trademark Office issued trademark Registration No. 4,322,847 to Annie Sloan Interiors for the mark CHALK PAINT, in a stylized format, for "House paint; Interior paint; Paints for arts and crafts" ("the '847 Registration").

4. Annie Sloan Interiors is the sole owner of: (i) the '734 Registration, (ii) the '847 Registration, and (iii) the respective trademarks that are the subject of the '734 Registration and the '847 Registration.

5. The '734 Registration, and the trademark that is the subject of the '734 Registration, both are valid and enforceable.

6. The '847 Registration, and the trademark that is the subject of the '847 Registration, both are valid and enforceable.

7. As used in this order and judgment, the term "Covered Goods and Services" means all of the goods and services listed in '734 Registration, the '847 Registration.

8. As used in this order and judgment, the term "Registered Marks" means each mark (whether word, phrase, symbol, design, or combination thereof) which is the subject of '734 Registration and the '847 Registration.

9.      Annie Sloan Interiors is the sole owner of valid and enforceable common law trademark and service mark rights for each of the Registered Marks in association with all of the Covered Goods and Services (the "Associated Common Law Trademarks").

10.     Neither WCPP, Beckman, Goodwin, Miller, nor WCPP's successors, assigns, heirs, or legatees, nor WCPP's present, or future shareholders, members, directors, managers, or officers, nor any other individual, entity, or other person acting in concert with any of the foregoing, shall interfere with, attack, contest, oppose, cancel, or challenge: (i) the '734 Registration or the '847 Registration, the Associated Common Law Trademarks, or the validity or enforceability thereof; (ii) any existing or hereinafter filed application (or registration that may issue therefrom) by Annie Sloan Interiors to register any trademark or service mark containing the term "chalk paint," or the validity thereof; (iv) Annie Sloan Interiors' ownership of the '734 Registration, the '847 Registration, or the Associated Common Law Trademarks; or, (v) Annie Sloan Interiors' (and its licensees, including, without limitation, Jolie Design) right to use the '734 Registration, the '847 Registration, or the Associated Common Law Trademarks.  For the avoidance of doubt, the meaning of the terms "oppose" and "cancel," as used above, in addition to having their ordinary meaning, include an opposition or cancellation action, respectively, instituted with the U.S. Patent and Trademark Office's Trademark Trial and Appeal Board, or its successor, pursuant to the Lanham Act, 15 U.S.C. §1051, *et seq*.  As used above and below, the phrase "acting in concert with" in addition to its ordinary meaning, shall include the direct retailers, distributors, or licensees of, as well as the indirect (at any tier) retailers, distributors, and licensees of that person or entity and its direct or indirect (at any tier) subsidiaries and affiliates.

11. Neither WCPP, Beckman, Goodwin, Miller, nor WCPP's successors and assigns, nor WCPP's past, present, or future shareholders, members, directors, managers, or officers, nor any other individual, entity, or other person acting in concert with any of the foregoing, shall assist anyone else — including, without limitation, the retailers, distributors, and licensees of WCPP, Beckman, Goodwin, or Miller (whether a direct retailer, distributor, or licensee or an indirect, at any tier, retailer, distributor, or licensee) — in engaging in any conduct proscribed by Paragraph 10.

12. This Court retains jurisdiction to enable any of the parties to this Consent Judgment to apply to this Court at any time for such further orders or directions as may be necessary or appropriate for the construction or implementation of this Consent Judgment, for the enforcement of any of its provisions, or for the punishment of any violation thereof.

13. No allegation, argument, declaration, or other statement made, or hereafter made, by, on behalf of, or at the request of Annie Sloan Interiors in any oath, declaration, correspondence, pleading, amendment, correction, remarks, or other instrument or document filed with the U.S. Patent and Trademark Office for or in connection with the '734 Registration or the '847 Registration, or any other now or hereafter filed application or registration for any part of, or all of, the Associated Common Law Trademarks shall modify, rescind, dissolve, terminate, or nullify, or serve as any basis or grounds whatsoever to modify, rescind, dissolve, terminate, or nullify, all or any part of this Consent Judgment or any settlement agreement between the parties.

14. Except as ordered and adjudged in the above paragraphs of this consent judgment, all claims and counterclaims asserted, or which could have been asserted, by Annie Sloan Interiors or Jolie Design against WCPP, Miller, Beckman, or Goodwin in the instant litigation

are dismissed with prejudice.  All claims and counterclaims asserted, or which could have been asserted, by WCPP, Miller, Beckman, or Goodwin against Annie Sloan Interiors or Jolie Design in the instant litigation are dismissed with prejudice.  Each of the parties shall bear their own respective costs and attorneys' fees.  For the avoidance of doubt, nothing in this Paragraph 14 waives, releases, forgives, acquits, or otherwise discharges any party's rights or claims under, or arising under, any settlement agreement entered into between the parties.

New Orleans, Louisiana, this 13th  day of December, 2016.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

4813-9007-2117, v.  9